UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SUSAN F. SUSEWITZ,

       Plaintiff,

v.

       Case No. 14-13020
       Hon. Gerald E. Rosen
       Magistrate Judge Anthony P. Patti

COMMISSIONER OF
SOCIAL SECURITY,

       Defendant.
_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DENYING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS*

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on     January 22, 2015    

PRESENT: Honorable Gerald E. Rosen
                  Chief Judge, United States District Court

On August 18, 2014, Magistrate Judge Michael Hluchaniuk issued a Report and Recommendation ("R & R") recommending that the Court deny Plaintiff Susan F. Susewitz's application to proceed *in forma pauperis*.[1] No objections have been filed to the R & R. Upon reviewing the R & R, Plaintiff's underlying application, and the remainder of the record, the Court concurs in the analysis of the Magistrate Judge, and adopts the R & R in its entirety.

---

[1] Since this R & R was issued, the case has been reassigned to Magistrate Judge Anthony P. Patti.

Accordingly,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's August 18, 2014 Report and Recommendation (docket #4) is ADOPTED as the opinion of this Court.  IT IS FURTHER ORDERED, for the reasons stated in the R & R, that Plaintiff's August 4, 2014 application to proceed without prepayment of fees (docket #2) is DENIED.

In light of this ruling, Plaintiff is directed to pay the requisite filing fee within *seven (7) days* of the date of this order.  Failure to pay the filing fee by this deadline will result in the dismissal of this suit.

                         s/Gerald E. Rosen
                         Chief Judge, United States District Court

Dated:  January 22, 2015

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 22, 2015, by electronic and/or ordinary mail.

                         s/Julie Owens
                         Case Manager, (313) 234-5135